No. 47,018

OLGA HARRIS, *Appellant,* v. TREGO COUNTY LEMKE HOSPITAL (Operated by Great Plains Lutheran Hospitals, Inc.) and ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Appellees and Cross-Appellants.*

(510 P. 2d 792)

Opinion filed June 9, 1973.

*Thomas C. Boone,* of Hays, argued the cause, and was on the brief for the appellant.

*Jerry Ward,* of Hampton and Ward, of Great Bend, argued the cause, and was on the brief for the appellees and cross-appellants.

*Per Curiam:* In this Workmen's Compensation case we find that the findings and judgment of the court below are supported by the evidence and the judgment is accordingly affirmed.